UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Morgan SPANGLER, Arisa Spangler, E.S., and I.S.;<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC;; LPC Pendelton Quantico PM LP, Lincoln Military Property Management LP; and Does 1 through 50,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 3:20-cv-2287-W-AGS<br><br>**REPORT AND RECOMMENDATION TO APPROVE AMENDED MINORS' COMPROMISE (ECF 47)** |

　　　　Four days ago, this Court recommended denying plaintiffs' and the minor plaintiffs' Guardian Ad Litem's joint motion to approve the proposed settlement of minor plaintiffs' claims. (*See* ECF 46.) Specifically, although the Court approved of the attorneys' fees distribution and the distribution method of the minors' settlement shares, the $500 net recovery per minor from a $100,000 settlement concerned this Court, especially considering recoveries in similar cases. (*See id.* at 3-4.) Plaintiffs and the minors' guardian, having "carefully considered" this Court's recommendation, "understand and appreciate the Court's concern" and now seek approval with each minor receiving "$2,500." (*See* ECF 47, at 2.) Approving this settlement amount is a fair division of the settlement proceeds, is in the minors' best interests, and is more in line with past similar settlements. *See, e.g.*, *Doe v. Lincoln Mil. Prop. Mgmt. LP*, No. 320CV00224GPCAHG, 2020 WL 5587488, at *10 (S.D. Cal. Sept. 18, 2020), *adopted*, No. 320CV00224GPCAHG, 2020 WL 5810168 (S.D. Cal. Sept. 30, 2020) (approving a "$1,277.04" net recovery for a minor out of a gross "$69,000" settlement in a similar case). Given that change, and for the reasons stated in the Court's previous report and recommendation, the Court recommends that:

　　　　a.　The amended motion to approve the settlement (ECF 47) be **GRANTED.**

     b. The Court find that the compromise and settlement of the claims of the minors I.S. and E.S. be **APPROVED** as fair and reasonable and in the best interests of the minor plaintiffs.

     c. The minors' net recovery be placed in a blocked account until further Court order or the minors reach the age of 18. (*See* ECF 44, at 2.)

Any objections to this report and recommendation are due by May 2, 2022. *See* 28 U.S.C. 636(b)(1). A party may respond to any such objection within 14 days of being served with it. *See* Fed. R. Civ. P. 72(b)(2).

Dated: April 18, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge