1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MORGAN SPANGLER, et al., | Case No.: 20-CV-2287 W (AGS) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER (1) ADOPTING REPORT AND RECOMMENDATION [DOC. 48), AND (2) GRANTING AMENDED MOTION TO CONFIRM MINORS' COMPROMISE [DOC. 47]** |
| SAN DIEGO FAMILY HOUSING, LLC, et al., | |
| Defendants. | |

  On March 23, 2022, Plaintiffs filed a motion to confirm the minors' compromise. (*See Motion* [Doc. 42].)  On April 14, 2022, Magistrate Judge Andrew G. Schopler issued a Report and Recommendation ("Report") recommending the Court deny the motion based on concerns with the proposed distribution of the settlement proceeds to the minor plaintiffs.  (*See Report* [Doc. 46] 3:15–4:14.)  The Report ordered any objections filed by April 28, 2022.  (*Id.* 4:15–16.)

  Plaintiffs did not file objections.  Instead, on April 15, 2022, Plaintiffs filed an Amended Motion to Confirm Minors' Compromise (the "Amended Motion" [Doc. 47]), which addressed the concern raised in the Report.  On April 18, 2022, Judge Schopler issued a second Report and Recommendation ("Report II") recommending approval of the amended minors' compromise.  (*Report II* [Doc. 48] 1:27.)  The Report II ordered any

objections filed by May 2, 2022.  (*Id.* 2:5–6.)  To date, no objections have been filed, nor has there been a request for additional time in which to file an objection.

Having reviewed the moving papers, the Report and Report II, the Court accepts Judge Schopler's recommendation and **ADOPTS** Report II [Doc. 48] in its entirety.  For the reasons stated therein, the Court finds the amended compromise and settlement of the claims of minors I.S. and E.S. is fair and reasonable and in their best interests and, therefore, **GRANTS** the amended motion [Doc. 47] and **ORDERS** as follows:

(1) the minors' proceeds shall be deposited in an interest-bearing, federally insured blocked account;

(2) the blocked account shall be in the legal name of each minor Plaintiff;

(3) no withdrawal of principal or interest may be made from the blocked account without a written order of this Court, or any other court of competent jurisdiction, until the minor reaches 18 years of age;

(4) when the minor reaches 18 years of age, the depository, without further order of this Court or any other court of competent jurisdiction, is authorized and directed to pay by check or draft directly to the former minor all funds, including interest, deposited under this Court's order; and

(5) the guardian ad litem shall file an acknowledgment of receipt of this Court's order confirming the Minor's Compromise.

**Within 30 days from the date of this order**, the parties must file a joint motion to dismiss.  In light of the foregoing, the original motion to confirm the minors' compromise [Doc. 42] is **TERMINATED** as moot.

**IT IS SO ORDERED**.

Dated:  May 3, 2022

_____
Hon. Thomas J. Whelan
United States District Judge